United States District Court
Eastern District of Michigan
Southern Division

**Emily E. Bajorek-Delater**,

    Plaintiff,

v.

**United States of America**, **Center for Family Health**, **Promita Roychoudhury, M.D.**, and **Dorothy Brown, D.O.**, Jointly and Severally,

    Defendants.

Civil No. 17-10570

Honorable Avern Cohn
Mag. Judge Stephanie Dawkins Davis

## Stipulated Order of Dismissal of Defendants Center for Family Health and Promita Roychoudhury, M.D.

Plaintiff Emily Bajorek-Delater and defendants Promita Roychoudhury, M.D., and the Center for Family Health, by and through their undersigned attorneys, stipulate to the entry of an order dismissing all claims against defendants Promita Roychoudhury, M.D., and the Center for Family Health in this case pursuant to a verification by the Secretary of Health and Human Services that the Center for Family Health and Promita Roychoudhury, M.D., were deemed federal agents during the relevant time period under a grant issued by the U.S. Department of Health and Human Resources, Health Resources Services Administration and, thus, any claims based on the

conduct of the Center for Family Health and/or Promita Roychoudhury, M.D., must be asserted through the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1), and the exclusive defendant in such actions is the United States. *See* 28 U.S.C. § 2679; 42 U.S.C. § 233(a), (g). Each party shall bear their own costs and attorney fees.

| **McKeen & Associates, P.C.** | **Daniel L. Lemisch**<br>Acting United States Attorney |
|---|---|
| */s/ Kenneth Lee (w/ consent)*<br>**Kenneth D. Lee**<br>Penobscot Bldg.<br>645 Griswold, Ste. 4200<br>Detroit, MI 48226<br>(313) 961-4400<br>klee@mckeenassociates.com | */s/ Zak Toomey*<br>**Zak Toomey** (MO61618)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for United States |
| Dated: June 23, 2017 | Dated: June 23, 2017 |

**It is so ordered.**

s/Avern Cohn
**Avern Cohn**
United States District Judge